*United States v. Richard Lafrance*

**21-CR-33-JLS**

# DEFENDANT'S EXHIBIT A

Your Honor,

My name is Jon Bromstead. I am writing to you about Richard Lafrance, my nephew. Rick is an amazing kid, someone who brings light and joy to our family's faces. Anytime we got together for outings, he was the light of the show, caring and making sure everyone was taken care of. He is kind and makes everyone smile when they spend time with him. Anytime we went fishing, hiking, or spent any time outdoors, he was in his element, enjoying the fresh air and sunshine. Those were the times he was truly alive. He has had a troubled life, one that we have all watched him grow up and struggle in. We know that he has made many mistakes, much of which he made on his own, without the counsel of his family, something that we deeply regret. We tried to keep him on the right path, the Lord knows how much we have all attempted to nudge him in the right directions. Unfortunately, we also know that he has strayed very far from the path we had hoped he would find.

My heart goes out to all of the people he has hurt, as well as their families. I cannot imagine the kind of pain they are going through or what their future holds. I wish I could help them to see the kind of kid he was, the one who wanted to make everyone happy, and that they didn't have to encounter the kind of person he grew into.

Our family hopes that someday, after he serves his time and learns his lesson, he will come back to us and start over, try to fulfill his hopes and dreams. I miss my nephew, though I know that he deserves whatever sentence he will receive. I hope that, with this letter, I will be able to show you the character that this man had at one time and convince you that he still can be that man again. I do not expect to sway your hand completely, nor would I hope for that, for Rick needs to learn from his mistakes, but I hope that you will see that he has a family that will account for him, to make him right his wrongs and live a better life after all of this is over. We hope that Rick will one day be free again, and that you will allow us to right our own wrongs, in teaching him how to live his best life.

Thank you for your time and consideration,

Jon Bromstead

*[signature]*